DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAVARI VONDRAVIOUS STOVALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-1869

[July 27, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit; St. Lucie County, Steven J. Levin, Judge; L.T. Case No. 562013CF002822A.

Valarie Linnen, Atlantic Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed*

WARNER, GROSS and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***